**Opinion filed October 17, 2024**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-24-00261-CV**

_____

**INVESTMENT RETRIEVERS, INC., Appellant**

**V.**

**ISABEL LOZANO AND SAM LOZANO, Appellees**

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 024833**

**M E M O R A N D U M   O P I N I O N**

Appellant, Investment Retrievers, Inc., has filed in this court a motion to dismiss the appeal. The motion reflects that upon "further review of this cause," Appellant has "decided and elected not to pursue the appeal." *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.


W. STACY TROTTER

JUSTICE


October 17, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.